UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAJAH IKKER,

                Petitioner,

-against-

JUSTIN TAYLOR, Superintendent,
Gouverneur Correctional Facility,

                Respondent.
------------------------------------------------------------X

JUDGMENT
08-CV- 3301 (JG)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ DEC - 5 2008 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on December 3, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
        December 05, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy